FILED: December 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4763
(1:14-cr-00070-JAB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LUIS ANTONIO RAMIREZ, a/k/a Antonionc1966

    Defendant - Appellant

_____

O R D E R

_____

  The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

            For the Court--By Direction

            /s/ Patricia S. Connor, Clerk